|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| EZ MAILING SERVICES, INC.,<br><br>Plaintiff<br><br>v.<br><br>ORACLE TRANSPORTATION SOLUTIONS, INC. and GENCO TRANSPORTATION MANAGEMENT, LLC,<br><br>Defendants. | No. CV 12-9313-CBM-(JEMx)<br><br>**JUDGMENT [JS-6]** |

Consistent with the Court's order issued on April 15, 2014 (Docket No.68), **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff EZ Mailing Services, Inc. against Defendant Oracle Transportation Solutions, Inc. in the amount of $287,237.85. Plaintiff shall take nothing by its First Amended Complaint against Defendant Genco Transportation Management, LLC.

//
//
//
//

1

Any application to tax costs or motion for attorney's fees must be filed in accordance with the Local Rules.

DATED: April 15, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge